United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Midland Platinum, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Hampton Inn Midland** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0476867** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5011 W Loop 250 N**<br>**Midland, TX 79707**<br>Number, Street, City, State & ZIP Code<br><br>**Midland**<br>County | **Mailing address, if different from principal place of business**<br><br>**111 Broadway, Suite 300**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Midland Platinum, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Midland Platinum, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Midland Platinum, LLC**                                            Case number (*if known*)
            Name

☐ $50,001 - $100,000            ■ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Midland Platinum, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 1, 2024**
MM / DD / YYYY

**X /s/ Mitul Patel**       **Mitul Patel**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

**X /s/ Henry E. ("Ned") Hildebrand, IV**       Date **July 1, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**Henry E. ("Ned") Hildebrand, IV**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone  **615.933.5851**       Email address  **ned@dhnashville.com**

**032168 TN**
Bar number and State

Debtor **Midland Platinum, LLC**     Case number (*if known*) _____
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Amarillo Platinum** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **7/01/24** | Case number, if known | **24-2447** |
| Debtor | **Cookeville Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3589** |
| Debtor | **Destin Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3596** |
| Debtor | **Lebanon Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3592** |
| Debtor | **Midland Platinum II, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **7/01/24** | Case number, if known | |
| Debtor | **Murfreesboro Platinum** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3599** |
| Debtor | **Platinum Gateway II, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3597** |
| Debtor | **VMV, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3598** |

Fill in this information to identify the case:

Debtor name: **Midland Platinum, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): 

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Capital Services<br>PO Box 035184<br>Seattle, WA 98124 | | | | | | $1,508.00 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197 | | | | | | $2,597.87 |
| Banyan Tree Management, LLC<br>4100 Legendary Drive, Suite 280<br>Destin, FL 32541 | | | | | | $80,088.01 |
| Bartex Services<br>PO Box 40323<br>Fort Worth, TX 76140 | | | | | | $16,000.00 |
| City of Midland Utilities<br>PO Box 208342<br>Dallas, TX 75320 | | | | | | $1,810.02 |
| Commtrak<br>17493 Nassau Commons<br>Lewes, DE 19958 | | | | | | $730.30 |
| Hilton<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $192,838.73 |
| Home Tax Solutions<br>6953 Alamo Downs Parkway<br>San Antonio, TX 78238 | | | | $71,103.69 | $0.00 | $71,103.69 |
| Hotel Effectiveness<br>PO Box 769539<br>Rosewell, GA 30076 | | | | | | $892.24 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | Midland Platinum, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LBC2 Trust**<br>**PO Box 2301**<br>**Stillwater, MN 55082** | | | | **$10,628,785.24** | **$0.00** | **$10,628,785.24** |
| **Optimum Business**<br>**PO Box 70340**<br>**Philadelphia, PA 19176-0340** | | | | | | **$2,000.00** |
| **OTA Insight**<br>**2930 Umatilla Street, Suite 300**<br>**Denver, CO 80211** | | | | | | **$1,216.02** |
| **Persona, Inc.**<br>**700 21st Street SW**<br>**Watertown, SD 57201** | | | | | | **$34,031.04** |
| **Pinnacle Communications**<br>**1626 Tom Williams Drive**<br>**Fargo, ND 58104** | | | | | | **$3,978.07** |
| **PRECOR**<br>**PO Box 3136**<br>**Carol Stream, IL 60132-3136** | | | | | | **$20,314.68** |
| **RETC, LP**<br>**5151 Belt Line Road, Suite 725**<br>**Dallas, TX 75254** | | | | | | **$732.75** |
| **Saia Trim Group**<br>**2552 Highway 51 South**<br>**Hernando, MS 38632** | | | | | | **$3,000.00** |
| **TaxCORE Lending, LLC**<br>**4849 Greenville Avenue**<br>**Tower Two, Suite 1620**<br>**Dallas, TX 75206** | | | | | | **$68,247.07** |
| **Texas Comptroller of Public Accounts**<br>**PO Box 149348**<br>**Austin, TX 78714** | | | | | | **$73,163.03** |
| **Vistar**<br>**PO Box 951080**<br>**Dallas, TX 75395** | | | | | | **$1,194.81** |

MIDLAND PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

HENRY E. ("NED") HILDEBRAND, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

AMARILLO PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

AMAZON
PO BOX 960013
ORLANDO FL 32896

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE WA 98124

AT&T
PO BOX 5019
CAROL STREAM IL 60197

ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS TX 75265

BANYAN TREE MANAGEMENT, LLC
4100 LEGENDARY DRIVE, SUITE 280
DESTIN FL 32541

BARTEX SERVICES
PO BOX 40323
FORT WORTH TX 76140

CITY OF MIDLAND
PO BOX 1152
MIDLAND TX 79702-1152

CITY OF MIDLAND UTILITIES
PO BOX 208342
DALLAS TX 75320

COMMTRAK
17493 NASSAU COMMONS
LEWES DE 19958

COOKEVILLE PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

```
COURTESY PRODUCTS
PO BOX 840020
KANSAS CITY MO 64184

CT CORPORATION
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE CA 91203

CT LIEN SOLUTIONS
2929 ALLEN PARKWAY, SUITE 3300
HOUSTON TX 77019

CYBERTEK
PO BOX 748442
ATLANTA GA 08442

D&D PLUMBING, HEATING, & AC
1101 WEST FLORIDA AVENUE
MIDLAND TX 79701

DESTIN PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

FEDEX
PO BOX 7221
PASADENA CA 91109

FIREHOUSE GRAPHICS, INC
1223 AP HILL PLACE
FOREST VA 24551

FIRETROL PROTECTION SYSTEMS
1001 AVENUE B
LUBBOCK TX 79401

FRITZ BYRNE, PLLC
C/O LISA C. FANCHER
402 WEST SEVENTH STREET
AUSTIN TX 78701

HARI & ASSOCIATES
1025 INTERSTATE DRIVE
COOKEVILLE TN 38501

HILTON
4649 PAYSPHERE CIRCLE
CHICAGO IL 60674

HOME TAX SOLUTIONS
6953 ALAMO DOWNS PARKWAY
SAN ANTONIO TX 78238
```

HOTEL EFFECTIVENESS
PO BOX 769539
ROSEWELL GA 30076

HRS GROUP
PO BOX 635960
CINCINNATI OH 45263

HUDSON ENERGY SERVICES
5015 WEST HEIMER ROAD, SUITE 1200
HOUSTON TX 77056

LBC2 TRUST
PO BOX 2301
STILLWATER MN 55082

LEBANON PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

MICKTEL LLC
PO BOX 1417
LEBANON TN 37088

MIDLAND CENTRAL APPRAISAL DISTRICT
PO BOX 908002
MIDLAND TX 79708

MIDLAND COUNTY
2110 NORTH A STREET, #111
MIDLAND TX 79705

MIDLAND PLATINUM II, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

MOOD MEDIA
2100 S. IH 35, SUITE 201
AUSTIN TX 78704

MURFREESBORO PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

NASHVILLE AIRPORT PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

OM LITTLE ROCK BROADWAY HOTEL, LLC
6705 SHALLOWFORD ROAD
CHATTANOOGA TN 37421

OPTIMUM BUSINESS
PO BOX 70340
PHILADELPHIA PA 19176-0340

```
OTA INSIGHT
2930 UMATILLA STREET, SUITE 300
DENVER CO 80211

PERSONA, INC.
700 21ST STREET SW
WATERTOWN SD 57201

PINNACLE COMMUNICATIONS
1626 TOM WILLIAMS DRIVE
FARGO ND 58104

PLATINUM GATEWAY II, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PLATINUM HOSPITALITY MANAGEMENT CO., INC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PLATINUM MANAGEMENT SERVICES
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PRECOR
PO BOX 3136
CAROL STREAM IL 60132-3136

QUORE
PO BOX 6843
CAROL STREAM IL 60197

RENODIS
476 ROBERT STREET NORTH
SAINT PAUL MN 55101

REPUBLIC
8220 WEST HIGHWAY 80
MIDLAND TX 79706

RETC, LP
5151 BELT LINE ROAD, SUITE 725
DALLAS TX 75254

RISE VISION
PO BOX 505331
ST. LOUIS MT 63150-5331

RR DONNELLEY
PO BOX 932721
CLEVELAND OH 44193

SAIA TRIM GROUP
2552 HIGHWAY 51 SOUTH
HERNANDO MS 38632
```

SAN MARCOS PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

SK INSURANCE
7070 KNIGHTS COURT, SUITE 1101
MISSOURI CITY TX 77459

SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO TX 79935

TADA HOTEL CONSULTING FIRM
22 SPRING BASKET TRAIL
THE WOODLANDS TX 77389

TAXCORE LENDING, LLC
4849 GREENVILLE AVENUE
TOWER TWO, SUITE 1620
DALLAS TX 75206

TERMINEX
PO BOX 802155
CHICAGO IL 60680

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714

UNIGUEST
PO BOX 7410716
CHICAGO IL 60674

VASANT HARI
1140 SAFETY HARBOR COVE
OLD HICKORY TN 37138

VISTAR
PO BOX 951080
DALLAS TX 75395

VMV, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Midland Platinum, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Midland Platinum, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 1, 2024**
Date

**/s/ Henry E. ("Ned") Hildebrand, IV**
**Henry E. ("Ned") Hildebrand, IV**
Signature of Attorney or Litigant
Counsel for **Midland Platinum, LLC**
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**615.933.5851 Fax:615.777.3765**
**ned@dhnashville.com**